UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTREL VONIQUE BROWN,

              Plaintiff,

     -v-                                   5:20-CV-919

EQUAL JUSTICE INITIATIVE *et al*.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

Antrel Vonique Brown
Plaintiff, Pro Se
367927
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI 48048

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Antrel Vonique Brown ("plaintiff") filed this action alleging that defendants discriminated against him in refusing to provide legal assistance.  On October 20, 2020, U.S. Magistrate Judge Therese Wiley Dancks advised by Report & Recommendation that plaintiff's complaint be dismissed based on improper venue.  Dkt. No. 6.  Plaintiff timely filed objections to the Report & Recommendation.  Dkt. No. 7.

Upon *de novo* review of the portions of the Report & Recommendation to which plaintiff has objected, the Report & Recommendation is accepted and adopted in all respects.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED for improper venue.

The Clerk of the Court is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.


Dated: February 5, 2021
       Utica, New York.

_____
United States District Judge